IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40056
Conference Calendar
_____


DENNIS L. BARRETT,

                                    Petitioner-Appellant,

versus

NEWMAN LEE CONNER, Warden Federal
Correctional Institute,

                                    Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:96-CV-313
- - - - - - - - - -
June 18, 1997

Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Dennis L. Barrett, federal prisoner #06817-045, challenges
that the district court's dismissal of his petition for federal
habeas relief under 28 U.S.C. § 2241 for failure to exhaust
administrative remedies.  His motion for a certificate of
appealability is DENIED as unnecessary.  We have reviewed the
record and Barrett's contentions and we discern no abuse of

_____

     [*]     Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

discretion.  *See Fuller v. Rich*, 11 F.3d 61, 62 (5th Cir. 1994).

Accordingly, we affirm for essentially the same reasons employed

by the district court.  *Barrett v. Warden, F.C.I. Texarkana*, No. 5:96cv313 (E.D. Tex. Dec. 31, 1996).

AFFIRMED.